UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY MARTIN and
HERBERT ARMITAGE,

    Plaintiffs,

v                                            Case No. 1:00-cv-218

INDIANA MICHIGAN POWER COMPANY,    Hon. Wendell A. Miles
d/b/a AMERICAN ELECTRIC POWER,

    Defendant.
_____/

## JUDGMENT

    Summary judgment against defendant Indiana Michigan Power Company, d/b/a American Electric Power ("AEP") on the issue of liability was entered in favor of plaintiff Anthony Martin on November 16, 2004, consistent with the mandate issued on November 10, 2004 by the United States Court of Appeals for the Sixth Circuit. Subsequently, the parties stipulated to damages in favor of plaintiff Martin and against defendant AEP in the amount of $38,000, representing $19,000 in actual damages and $19,000 in liquidated damages. The parties further stipulated that judgment be entered for plaintiff Martin after the court's determination of the amount of attorneys' fees and costs. The court's Order on Plaintiff Martin's Motion for Attorney Fees and Costs has been entered on this date awarding fees and costs totaling $101,740.03.

    IT IS ORDERED, DECLARED, and ADJUDGED in accordance with the foregoing that plaintiff Anthony Martin shall recover of the defendant AEP the sum of $139,740.03.

    Entered this 27th day of December, 2005.

                                                   /s/ Wendell A. Miles
                                               Wendell A. Miles, Senior Judge